UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Rene Rodriguez Ramirez
        Plaintiff,

v.                Case No.: 1:25−cv−13158
               Honorable Sunil R. Harjani

Kristi Noem
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 4, 2025:

   MINUTE entry before the Honorable Sunil R. Harjani: MOTION by Petitioner Rene Rodriguez Ramirez to dismiss [8] is granted. This case is hereby dismissed without prejudice. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.